UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2020
```

United States,

—v—

Pedro Lugo

Defendant.

13-cr-028 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As discussed in today's teleconference, the matter is adjourned to November 20, 2020 at 1 P.M. The parties are instructed to submit a Joint Letter by November 17, 2020, indicating what they anticipate will take place at the next conference.

As indicated at today's conference, the Court extended the time for Mr. Lugo to procure a financially responsible co-signer of his bond until October 6, 2020.

SO ORDERED.

Dated: October 1, 2020
        New York, New York

_____
ALISON J. NATHAN
United States District Judge