UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2020

United States,

—v—

Pedro Lugo.

Defendant.

13-cr-028 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  A conference in this matter is scheduled for November 20, 2020 at 1:00 P.M. In light of the COVID public health crisis, there are significant safety issues related to in court proceedings. If the Defendant is willing to waive his physical presence, this proceeding will be conducted remotely via video conference.

  To that end, defense counsel should confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him. If Mr. Lugo, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his counsel should return the signed waiver form no later than November 17, 2020. If authorized to do so, defense counsel may sign the form on Defendant's behalf. See Standing Order Relating To Signatures and the Form of Consents and Waivers in Criminal Cases, Case No. 20-mc-174 (CM).

  If the Defendant waives his physical presence and the conference is conducted remotely, the videoconference may be accessed by dialing 917-933-2166 and entering Conference ID 652477965.

SO ORDERED.

Dated: November 9, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA

                  -v-

PEDRO LUGO,
                         Defendant.
---------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

13-CR-028 ( AJN )

**Check Proceeding that Applies**

\_\_\_\_   Arraignment

I have been notified of the specifications of violation of the terms of supervised release that have been filed against me and have discussed the specifications with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the specifications; to have the specifications read aloud to me if I wish; and to enter a denial or admission of violation before the judge. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York to be informed of these specifications and to enter a denial or admission.

Date:   _____
           Signature of Defendant


           _____
           Print Name


\_\_\_   Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:   _____
           Signature of Defendant


           _____
           Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this

2

waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date: _____
      Signature of Defense Counsel


_____
Print Name


**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.


Date: _____
      Signature of Defense Counsel



**Accepted:** _____
      Signature of Judge
      Date: