# Kramer Levin

Darren LaVerne
Partner
T 212.715.9190
F 212.715.8190
dlaverne@kramerlevin.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/20
```

November 13, 2020

**Via ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Pedro Lugo*, 13-CR-00028 (AJN)

Dear Judge Nathan:

On behalf of defendant Pedro Lugo, and with the consent of the government, we respectfully request that the Court adjourn the status conference in this VOSR matter, presently scheduled for November 20, 2020, to a date subsequent to January 20, 2021.   SO ORDERED.

As the Court will recall, the parties appeared for a conference on October 1, 2020. At that time, we noted that the violation alleged in Probation's VOSR report is the subject of a criminal proceeding that remains pending in state court, and that any resolution of the former could prejudice Mr. Lugo's ability to defend the latter. The parties proposed providing the Court an update regarding the state proceeding at the next status conference, which the Court scheduled for November 20.

Since the October 1 conference, there have been no new material developments in Mr. Lugo's state case, and Mr. Lugo's next appearance in that matter will not take place until January 20, 2021. In light of this, with the consent of the government, we propose that the status conference be adjourned to a date after January 20, 2021. This is the defendant's first request for an adjournment.

Mr. Lugo remains at liberty, subject to the terms of a $50,000 bond and pretrial supervision, including by electronic monitoring.

> The status conference is hereby adjourned to **February 5, 2021 at 1:00 P.M.** The parties are required to submit a status letter seven days prior to the conference indicating what they anticipate will happen at the conference.

*[Signature]*
SO ORDERED.    11/16/20
ALISON J. NATHAN, U.S.D.J.

The Honorable Alison J. Nathan
November 13, 2020



      We thank the Court for its consideration.

                            Respectfully submitted,

                            /s/ Darren A. LaVerne
                            Darren A. LaVerne
                            Leah Friedman
                            Shahriar Raafi

                            KRAMER LEVIN NAFTALIS &
                            FRANKEL LLP
                            1177 Avenue of the Americas
                            New York, NY  10036
                            Telephone:  212.715.9190
                            *Counsel for Pedro Lugo*

cc:    AUSA Christopher DiMase