# Kramer Levin

Darren LaVerne
Partner
T 212.715.9190
F 212.715.8190
dlaverne@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

January 28, 2021

**Via ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2021
```

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Pedro Lugo*, 13-CR-00028 (AJN)

Dear Judge Nathan:

On behalf of defendant Pedro Lugo, and with the consent of the government, we respectfully request that the Court adjourn the status conference in this VOSR matter, presently scheduled for February 5, 2021, to a date subsequent to March 25, 2021.

The parties first appeared for a conference on October 1, 2020. At that time, we noted that the violation alleged in Probation's VOSR report is the subject of a criminal proceeding that remains pending in state court, and that any resolution of the former could prejudice Mr. Lugo's ability to defend the latter. Since then, we understand that the parties in the state case have been actively working towards a disposition. The next appearance in that matter is set for March 25, 2021.

Mr. Lugo remains at liberty, subject to the terms of a $50,000 bond and pretrial supervision, including by electronic monitoring. This is our second request for an adjournment, the first having been granted on November 16, 2020.

SO ORDERED.

*[signature: Alison J. Nathan]*

1/31/2021

> **The conference is adjourned to April 1, 2021 at 9:00 AM.**

The Honorable Alison J. Nathan
January 28, 2021



      We thank the Court for its consideration.

                                              Respectfully submitted,

                                         /s/ Darren A. LaVerne
                                        Darren A. LaVerne
                                        Leah Friedman
                                        Shahriar M. Raafi

                                        KRAMER LEVIN NAFTALIS &
                                        FRANKEL LLP
                                        1177 Avenue of the Americas
                                        New York, NY  10036
                                        Telephone:  212.715.9190
                                        *Counsel for Pedro Hernandez*

cc:      AUSA Christopher DiMase