# Kramer Levin

Darren LaVerne
Partner
T 212.715.9190
F 212.715.8190
dlaverne@kramerlevin.com

1177 Avenue
New York, N
T 212.715.91
F 212.715.80

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/21

March 29, 2021

**<u>Via ECF</u>**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     <u>United States v. Pedro Lugo</u>, 13-CR-00028 (AJN)

Dear Judge Nathan:

On behalf of defendant Pedro Lugo, and with the consent of the government, we respectfully request that the Court adjourn the status conference in this VOSR matter, presently scheduled for April 1, 2021, to a date subsequent to May 11, 2021.

The parties first appeared for a conference on October 1, 2020.  At that time, we noted that the violation alleged in Probation's VOSR report is the subject of a criminal proceeding that remains pending in state court, and that any resolution of the former could prejudice Mr. Lugo's ability to defend the latter.  Since then, we understand that the parties in the state case have been actively working towards a disposition.  The state court case had been set for a conference on March 25, 2021, but was apparently adjourned by the court until May 11, 2021.

Mr. Lugo remains at liberty, subject to the terms of a $50,000 bond and pretrial supervision, including by electronic monitoring.  This is our third request for an adjournment in light of the state proceedings, the first having been granted on November 16, 2020, and the second on February 1, 2021.

**SO ORDERED.**

*[Signature: Alison J. Nathan]* 3/31/21
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

**The conference is adjourned to June 2, 2021 at 11:00 A.M.**

The Honorable Alison J. Nathan
March 29, 2021



    We thank the Court for its consideration.

                Respectfully submitted,

                 /s/ Darren A. LaVerne
                Darren A. LaVerne
                Leah S. Friedman
                Harry P. Morgenthau

                KRAMER LEVIN NAFTALIS &
                FRANKEL LLP
                1177 Avenue of the Americas
                New York, NY  10036
                Telephone:  212.715.9190
                *Counsel for Pedro Lugo*

cc:      AUSA Christopher DiMase