Case 1:13-cr-00028-AJN   Document 101   Filed 05/28/21   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/21

# Kramer Levin

Darren LaVerne
Partner
T 212.715.9190
F 212.715.8190
dlaverne@kramerlevin.com

1177 Avenu[e]
New York, N[Y]
T 212.715.9[...]
F 212.715.8000

May 28, 2021

**Via ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Pedro Lugo*, 13-CR-00028 (AJN)

Dear Judge Nathan:

      On behalf of defendant Pedro Lugo, and with the consent of the government and Probation, we respectfully request that the Court adjourn the status conference in this VOSR matter, presently scheduled for June 2, 2021, to a date in late July 2021.

      The parties first appeared for a conference on October 1, 2020.  At that time, we noted that the violation alleged in Probation's VOSR report is the subject of a criminal proceeding that remains pending in state court, and that any resolution of the former could prejudice Mr. Lugo's ability to defend the latter.  Since then, we understand that the parties in the state case have been continuing to work towards a disposition.  The next state court date is June 10, 2021.

      Mr. Lugo remains at liberty, subject to the terms of a $50,000 bond and pretrial supervision, including by electronic monitoring.  This is our fourth request for an adjournment in light of the state proceedings, the first having been granted on November 16, 2020, the second on February 1, 2021, and the third on May 3, 2021.

      **SO ORDERED.**

*[Signature of Alison J. Nathan]*
6/1/21

> The conference is adjourned to July 23, 2021 at 11:00 A.M.

The Honorable Alison J. Nathan
May 28, 2021



       We thank the Court for its consideration.

                                                 Respectfully submitted,

                                        /s/ Darren A. LaVerne
                                       Darren A. LaVerne
                                       Leah S. Friedman
                                       Harry P. Morgenthau

                                       KRAMER LEVIN NAFTALIS &
                                       FRANKEL LLP
                                       1177 Avenue of the Americas
                                       New York, NY  10036
                                       Telephone:  212.715.9190
                                       *Counsel for Pedro Lugo*

cc:     AUSA Christopher DiMase
          U.S. Probation Officer Marcelo Bravo