

# Kramer Levin

Darren LaVerne
Partner
T 212.715.9190
F 212.715.8190
dlaverne@kramerlevin.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2021
```

September 14, 2021

**Via ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *United States v. Pedro Lugo*, 13-CR-00028 (AJN)

Dear Judge Nathan:

      On behalf of defendant Pedro Lugo, and with the consent of the government and Probation, we respectfully request that the Court adjourn the status conference in this VOSR matter, presently scheduled for September 20, 2021, to a date in mid-October 2021.

      The parties first appeared for a conference on October 1, 2020.  At that time, we noted that the violation alleged in Probation's VOSR report is the subject of a criminal proceeding that remains pending in state court, and that any resolution of the former could prejudice Mr. Lugo's ability to defend the latter.  Since then, we understand that the parties in the state case have been continuing to work towards a disposition.  The next state court date is September 30, 2021.

      Mr. Lugo remains at liberty, subject to the terms of a $50,000 bond and pretrial supervision, including by electronic monitoring.  This is our sixth request for an adjournment in light of the state proceedings, the first having been granted on November 16, 2020, the second on February 1, 2021, the third on May 3, 2021, the fourth on June 1, 2021, and the fifth on July 19, 2021.

*[Signature: Alison J. Nathan]*
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.    9/15/2021

The conference is adjourned to
October 18, 2021 at 1:00 P.M.

The Honorable Alison J. Nathan
September 14, 2021



      We thank the Court for its consideration.

                                             Respectfully submitted,

                                        /s/ Darren A. LaVerne
                                        Darren A. LaVerne
                                        Leah S. Friedman
                                        Harry P. Morgenthau

                                        KRAMER LEVIN NAFTALIS &
                                        FRANKEL LLP
                                        1177 Avenue of the Americas
                                        New York, NY  10036
                                        Telephone:  212.715.9190
                                        *Counsel for Pedro Lugo*

cc:      AUSA Christopher DiMase
            U.S. Probation Officer Marcelo Bravo