# Kramer Levin

Darren LaVerne
Partner
**T** 212.715.9190
**F** 212.715.8190
dlaverne@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
**T** 212.715.9100
**F** 212.715.8000

October 14, 2021

<u>**Via ECF**</u>

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2021
```

Re:   <u>United States v. Pedro Lugo</u>, 13-CR-00028 (AJN)

Dear Judge Nathan:

On behalf of defendant Pedro Lugo, and with the consent of the government and Probation, we respectfully request that the Court adjourn the status conference in this VOSR matter, presently scheduled for July 23, 2021, to a date in November 2021.

The parties first appeared for a conference on October 1, 2020. At that time, we noted that the violation alleged in Probation's VOSR report is the subject of a criminal proceeding that remains pending in state court, and that any resolution of the former could prejudice Mr. Lugo's ability to defend the latter. Since then, we understand that the parties in the state case have been continuing to work towards a disposition. The next state court date is October 29, 2021. We understand that the parties anticipate reaching a resolution of the case by that date. The government advises that its consent to this adjournment request is contingent on this understanding and that it is unlikely to agree to further requests if the state case is not resolved by then.

Mr. Lugo remains at liberty, subject to the terms of a $50,000 bond and pretrial supervision, including by electronic monitoring. This is our seventh request on consent for an adjournment in light of the state proceedings.

The status conference scheduled for October 18, 2021 is adjourned to Monday, November 8, 2021 at 10:00 AM.

SO ORDERED.   *Alison J. Nathan*   10/15/2021

The Honorable Alison J. Nathan
October 14, 2021



       We thank the Court for its consideration.

                                          Respectfully submitted,

                                         /s/ Darren A. LaVerne
                                        Darren A. LaVerne
                                          Leah S. Friedman
                                          Harry P. Morgenthau

                                        KRAMER LEVIN NAFTALIS &
                                        FRANKEL LLP
                                        1177 Avenue of the Americas
                                        New York, NY  10036
                                        Telephone:  212.715.9190
                                        *Counsel for Pedro Lugo*

cc:      AUSA Christopher DiMase
           U.S. Probation Officer Marcela Bravo