```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA              :     **ORDER**
:
- v. -                                :     13 Cr. 028 (AJN)
:
PEDRO LUGO,                           :
:
Defendant.                            :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### ORDER ACCEPTING ADMISSION TO VOSR SPECIFICATION BEFORE A UNITED STATES MAGISTRATE JUDGE

On November 23, 2021, United States Magistrate Judge Stewart D. Aaron presided over the defendant's admission to a violation of supervised release specification in the above captioned matter, and recommended that the defendant's admission be accepted. The Court, having reviewed the transcript of the admission, the specification, and all other pertinent parts of the record, adjudges the defendant guilty of the specification to which the admission was offered.

Dated: New York, New York
       February 17, 2022

_____
HONORABLE ALISON J NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK