```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Pedro Lugo

Defendant.

13-cr-28 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Due to scheduling conflicts, the sentencing for the violation of supervised release scheduled for March 23, 2022 at 9:30 a.m. is adjourned to March 23, 2022 at 3:30 p.m.

SO ORDERED.

Dated: March 22, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1